# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

## Minute Entry

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | BRUCE NICHOLAS GEORGE |
| **Case Number:** | 2:23-BK-08935-EPB    **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, JUNE 12, 2024 01:30 PM   7TH FLOOR #703 |
| **Bankruptcy Judge:** | EDDWARD P. BALLINGER JR. |
| **Courtroom Clerk:** | DAWN SAUCIER |
| **Reporter / ECR:** | FRANCHESCA GALLARDO |

### Matter:

EVIDENTIARY HEARING ON MOTION FOR RELIEF FROM STAY

**R / M #:**  40 / 0

### Appearances:

MARK R. ATCHLEY, ATTORNEY FOR BRUCE NICHOLAS GEORGE
JUSTIN FOLSOM, ATTORNEY FOR FAWN BOONSTRA

# Minute Entry

(continue)...    2:23-BK-08935-EPB         WEDNESDAY, JUNE 12, 2024 01:30 PM

*Proceedings:*

Mr. Folsom responds to the Court's inquiry regarding the nature of the pending state court action. He explains that it is a breach of contract action with a jury demand in which Ms. Boonstra is seeking specific performance of the sale contract. Counsel does not have documentation of the state court case to provide to the Court.

The debtor's position is that the debtor canceled the contract after the movant made repair demands on an an-is contract. He does not have a copy of the canceled contract to provide to the Court today. It is debtor's argument that the property remains the debtor's property because it was never transferred to the movant.

There is a pending motion to dismiss by the trustee for failure of the debtor to provide a stipulated order confirming plan. Debtor has filed an objection to dismissal based on the pending motion for stay relief and a pending adversary proceeding. Mr. Folsom is concerned that the debtor's bankruptcy case may be dismissed before the state court matter is concluded, so he requests that the stay relief motion be granted and that the matter proceed in state court. Mr. Atchley confirms that the debtor has no intention of allowing the bankruptcy case to be dismissed.

**COURT: The Court discusses the parties' failure to submit evidence that would permit the Court to determine today who has proper title to the property and whether the property is an asset of the debtor's bankruptcy estate. The Court also sets forth the benefits of the matter proceeding in this Court as opposed to state court. The Court advises movant to timely waive its demand for a jury trial in state court should the parties elect to have the matter determined in this Court.**

**COURT: The Court advises the parties that the exhibits should include, at a minimum, a copy of the purchase contract, any subsequent written communications between the parties, and proof of the canceled contract, none of which were submitted today. The Court directs the parties to the Court's procedures page with respect to exhibits, objections, and witnesses.**

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...   2:23-BK-08935-EPB         WEDNESDAY, JUNE 12, 2024 01:30 PM

Mr. Folsom confirms that that the movant would like to proceed before this Court.  Mr. Folsom cannot indicate at this time if additional discovery will be required.

**COURT:  IT IS ORDERED setting a telephonic pretrial conference for August 7, 2024, at 10:00 a.m.  At the pretrial conference, the Court will set the date for trial and set a deadline for filing an amended joint pretrial statement, depending on whether additional discovery is needed and whether the parties intend to file pretrial motions.**